# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SUNDAE RACHELLE OZUNA,

Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

Defendant.

Case No. 1:26-cv-06452-SAB

ORDER REQUIRING PLAINTIFF TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO FILE OPENING BRIEF

**SEVEN-DAY DEADLINE**

On August 13, 2026, Plaintiff, who is proceeding *pro se*, filed this action seeking judicial review of a final decision of the Commissioner of Social Security denying an application for disability benefits pursuant to the Social Security Act. (ECF No. 1.) On August 17, 2026, the Court issued a scheduling order. (ECF No. 4.) Pursuant to the scheduling order, Plaintiff's opening brief was due 30 days after the filing of the administrative record. (Id. at 2.) The administrative record was lodged on October 2, 2026 (ECF No. 8), and thus, Plaintiff's opening brief was due by November 2, 2026. However, neither an opening brief nor request for extension of time has been submitted.

Local Rule 110 provides that "[f]ailure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions . . . within the inherent power of the Court." The Court has the inherent power to control its docket and may, in the exercise of that power, impose sanctions where appropriate,

including dismissal of the action. Bautista v. Los Angeles County, 216 F.3d 837, 841 (9th Cir. 2000).

Plaintiff's failure to timely file the opening brief, or seek an extension to do so, constitutes a failure to comply with the Court's order. Accordingly, Plaintiff will be directed to show cause why sanctions should not issue for failure to file the opening brief in compliance with the Court's August 17, 2026 scheduling order.

Accordingly, IT IS HEREBY ORDERED that **within seven (7) days of receipt of this order**, Plaintiff shall show cause in writing why sanctions should not issue for the failure to comply with the Court's scheduling order (ECF No. 4). Plaintiff is advised that filing an opening brief without separately showing cause in writing why sanctions should not issue constitutes an insufficient response to this order. **Failure to comply with this order will result in the imposition of sanctions, including dismissal of this action.**

IT IS SO ORDERED.

Dated: **November 10, 2026**

STANLEY A. BOONE
United States Magistrate Judge